

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2016

No. 04-16-00326-CV

**In the Interest of D.C., a Child,**

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-PA-01427
Honorable Barbara Hanson Nellermoe, Judge Presiding

## O R D E R

Appellant's Motion for Extension of Time is hereby GRANTED.   NO FURTHER EXTENSIONS OF TIME WILL BE ALLOWED.   Time is extended to August 8, 2016.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of August, 2016.

_____
Keith E. Hottle
Clerk of Court

August 5, 2016

No. 04-16-00326-CV

**In the Interest of D.C., a Child,**

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-PA-01427
Honorable Barbara Hanson Nellermoe, Judge Presiding

# O R D E R

Appellant's Motion for Extension of Time is hereby GRANTED. NO FURTHER EXTENSIONS OF TIME WILL BE ALLOWED. Time is extended to August 8, 2016.

/s/ Jason Pulliam
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of August, 2016.

/s/ Keith E. Hottle
Keith E. Hottle
Clerk of Court